UNITED STATES BANKRUPTCY COURT
Southern District of Texas



In Re:

Michael A. McCann
324 North Brooks
Brazoria, TX 77422
SSN: xxx-xx-5319

§
§
§   Case Number: 14-31348
§   (Chapter 7)
§
§
§

**ENTERED**
**03/10/2014**

## ORDER TRANSFERRING CASE

The debtor resides in Brazoria County, Texas. Therefore, because Brazoria County is one of the counties within the Galveston Division of the Southern District of Texas, his case should be assigned to the Honorable Letitia Z. Paul, who presides in the Galveston Division.

It is therefore ORDERED that this pending case, 14-31348, which was initially assigned to the undersigned judge, is immediately transferred to the Galveston Division and assigned to the Honorable Letitia Z. Paul.

Signed:   March 10, 2014



Jeff Bohm
Chief United States Bankruptcy Judge